Message-Id:<9932100@ared.uscourts.gov> Subject:Activity in Case 4:25-cv-00791-JM Hardin v. Woodland International Research Group et al Order
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of Arkansas

**Notice of Electronic Filing**

The following transaction was entered on 08/27/2025 at 12:48:57 PM CDT and filed on 08/27/2025

Case Name:        Hardin v. Woodland International Research Group et al
Case Number:      4:25-cv-00791-JM
Filer:
**WARNING: CASE CLOSED on 08/08/2025**
Document Number: 17

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 15 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**Docket Text:**
ORDER denying [15] motion to appeal in forma pauperis; directing Mr. Hardin to either pay to this Court the $605.00 appellate filing and docketing fees or file, with the United States Court of Appeals for the Eighth Circuit, a motion with an attached affidavit that complies with each mandate of Federal Rule of Appellate Procedure 24(a)(1), within 30 days of this order's entry date; and directing Mr. Hardin to file any future documents or pleadings related to his appeal with the United States Court of Appeals for the Eighth Circuit. Signed by Judge James M. Moody Jr. on 8/27/2025. (jbh)

(1) Can i have the address for the United States Court of appeals for the Eighth Circuit.

**4:25-cv-00791-JM Notice has been electronically mailed to:**

**4:25-cv-00791-JM Notice has been delivered by other means to:**

Octavious Demond Hardin
515 South Liberty St.
Jackson, TN 38301

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=8/27/2025] [FileNumber=9932098-0
] [51e42d0cb322b2a2860eb225d8f5ae50d1feac385d04c914d27a40c2d64cf973a47
5a66f2434929925551ddfec830d6e7f11847bc702603da0aad5d66e2eccf4]]

This is a re-generated NEF. Created on 8/27/2025 at 12:50 PM CDT

(2) Is it a deadline on the appeal im asking this question because I was wonderen should I wait until im released to hire a attorney for this case.

(3) May I have the arkansa Bar Assoation for attorney address I don't have any way to get the address to either

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2025 SEP 15  A 10: 07

TAMMY H DOWNS

I gave the form to a deputy to fill out and it never got return this is to much. Con I wait untill i get the proper help to continue with this Case?