IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                    Case No. 3:24-cv-00107-KGB

ANDREW GAMBER                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff United States of America's motion for default judgment is granted. The Court enters judgment against defendant Andrew Gamber in the amount of $3,475,727.04—representing the amounts owed by Mr. Gamber for unpaid federal income taxes and penalties for unpaid Federal Insurance Contributions Act taxes through September 15, 2024—plus statutory additions, including interest, accruing after September 15, 2024, less any payments and credits made against the liabilities, until the judgment is paid in full. Interest shall be computed daily to the date of payment at a rate of 3.75 percent and compounded annually. 28 U.S.C. 1961.

It is so adjudged this 16th day of September, 2025.

_____
Kristine G. Baker
Chief United States District Judge