**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 3:24-cv-00107-KGB**

**ANDREW GAMBER** **DEFENDANT**

**AMENDED JUDGMENT**

Pursuant to the Order dated September 16, 2025 (Dkt. No. 8), and the Order entered on this date, it is considered, ordered, and adjudged that plaintiff United States of America's motion for default judgment is granted. The Court enters judgment against defendant Andrew Gamber in the amount of $3,475,727.04—representing the amounts owed by Mr. Gamber for unpaid federal income taxes and penalties for unpaid Federal Insurance Contributions Act taxes through September 15, 2024—plus statutory additions, including interest, accruing after September 15, 2024, less any payments and credits made against the liabilities, until the judgment is paid in full.

Pursuant to the Order entered on this date *nunc pro tunc* September 16, 2025, interest shall be computed pursuant to 26 U.S.C. § 6621 and compounded daily. 26 U.S.C. §§ 6621, 6622.

It is so adjudged this 4th day of September 2026, *nunc pro tunc* September 16, 2025.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge